IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUMNER DAVENPORT, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>DISCOVER FINANCIAL SERVICES and DISCOVER HOME LOANS, INC.,<br><br>    Defendants. | NO. 1:15-cv-06052<br><br>**DEMAND FOR JURY**<br><br>Honorable Virginia M. Kendall<br><br>Magistrate Judge Geraldine S. Brown |

## **JOINT MOTION TO EXTEND DEADLINE TO FILE SETTLEMENT DOCUMENTS**

  The parties jointly move the Court to extend the deadlines to file their motion for preliminary approval of the class action settlement reached in this case. The parties state as follows:

  1. This proposed class action lawsuit was filed on July 9, 2015. Plaintiff alleges that Defendants Discover Home Loans, Inc. and Discover Financial Services (together "Discover") violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227. (Dkt. 55.)

  2. The parties have reached a settlement in principle, but need additional time to finalize the settlement agreement and file their motion for preliminary approval of the settlement.

  3. The current deadline to file their settlement documents is December 9, 2016.

  4. Good cause exists to extend the filing deadline to January 13, 2017, and to note the hearing for January 19, 2017.

WHEREFORE, the parties respectfully request that the Court extend the deadline to file their settlement documents and Plaintiff's motion for preliminary approval to January 13, 2017, and to note the hearing for January 19, 2017.

RESPECTFULLY SUBMITTED AND DATED this 9th day of December, 2016.

| TERRELL MARSHALL LAW GROUP PLLC | STROOCK & STROOCK & LAVAN LLP |
|---|---|
| By: /s/ Jennifer Rust Murray<br>Beth E. Terrell, *Admitted Pro Hac Vice*<br>Email: bterrell@terrellmarshall.com<br>Jennifer Rust Murray, *Admitted Pro Hac Vice*<br>Email: jmurray@terrellmarshall.com<br>Mary B. Reiten, *Admitted Pro Hac Vice*<br>Email: mreiten@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450<br><br>Alexander H. Burke<br>Email: aburke@burkelawllc.com<br>Daniel J. Marovitch<br>Email: dmarovitch@burkelawllc.com<br>BURKE LAW OFFICE, LLC<br>155 North Michigan Avenue, Suite 9020<br>Chicago, Illinois 60601<br>Telephone: (312) 729-5288<br>Facsimile: (312) 729-5289<br><br>Adam R. Gonnelli, *Admitted Pro Hac Vice*<br>Email: gonnellia@thesultzerlawgroup.com<br>THE SULTZER LAW GROUP PC<br>280 Highway 35, Suite 304<br>Red Bank, New Jersey 07701<br>Telephone: (732) 741-4290<br>Facsimile: (888) 749-7747 | By: /s/ Arjun P Rao<br>Julia B. Strickland<br>Email: jstrickland@stroock.com<br>Arjun P. Rao, *Admitted Pro Hac Vice*<br>Email: arao@stroock.com<br>2029 Century Park East Suite 1600<br>Los Angeles, California 90067-3086<br>Telephone: (310) 556-5800<br>Facsimile: (310) 556-5959<br><br>Mark B. Blocker<br>Email: mblocker@sidley.com<br>J. Simone Jones<br>Email: simone.jones@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>*Attorneys for Defendants* |

Innessa S. Melamed, *Admitted Pro Hac
   Vice*
Email:  imelamed@faruqilaw.com
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor
New York, New York 10017
Telephone:  (212) 983-9330
Facsimile:  (212) 983-9331

*Attorneys for Plaintiff and the Proposed Classes*

CERTIFICATE OF SERVICE

I, Jennifer Rust Murray, hereby certify that on December 9, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Julia B. Strickland
>Email: jstrickland@stroock.com
>Arjun P. Rao, *Admitted Pro Hac Vice*
>Email: arao@stroock.com
>STROOCK & STROOCK & LAVAN LLP
>2029 Century Park East Suite 1600
>Los Angeles, California 90067-3086
>Telephone: (310) 556-5800
>Facsimile: (310) 556-5959
>
>Mark B. Blocker
>Email: mblocker@sidley.com
>J. Simone Jones
>Email: simone.jones@sidley.com
>SIDLEY AUSTIN LLP
>One South Dearborn
>Chicago, Illinois 60603
>Telephone: (312) 853-7000
>Facsimile: (312) 853-7036
>
>*Attorneys for Defendants*

DATED this 9th day of December, 2016.

>TERRELL MARSHALL LAW GROUP PLLC
>
>
>By: /s/ Jennifer Rust Murray, *Admitted Pro Hac Vice*
>    Jennifer Rust Murray, *Admitted Pro Hac Vice*
>    Email: jmurray@terrellmarshall.com
>    936 North 34th Street, Suite 300
>    Seattle, Washington 98103
>    Telephone: (206) 816-6603
>    Facsimile: (206) 319-5450
>
>*Attorneys for Plaintiff*