# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Davenport, v. Discover Financial Services, et al.   Case Number: 1:15-cv-06052

An appearance is hereby filed by the undersigned as attorney for:

John W. Davis

Attorney name (type or print): Neil P. Gantz

Firm: Law Offices of Neil P. Gantz

Street address: 105 West Madison St., Ste. 901

City/State/Zip: Chicago, IL 60602

Bar ID Number: 0911135
(See item 3 in instructions)

Telephone Number: (312) 726-4880

Email Address: neilgantz@yahoo.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you acting as local counsel in this case? | ✓ | |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 24, 2017

Attorney signature:    S/ Neil Gantz
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015