UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
Eastern Division

Sumner Davenport, et al.
                              Plaintiff,

v.                                          Case No.: 1:15−cv−06052
                                            Honorable Virginia M. Kendall

Discover Financial Services, et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, December 19, 2017:


      MINUTE entry before the Honorable Virginia M. Kendall. The records provided by affidavit show that the objector, John W. Davis, does not have standing to object to the Final Approval of the class action settlement in this matter in that he never received any of the phone calls which form the basis of liability. The Court has already reviewed the matter for a determination of the value of the award and has determined that it is not a nuisance value amount but rather one that is consistent with similar awards in this area. The Motion for Final Approval [99] is granted. Mailed notice(lk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.